# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

Woodrow Wolfe
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 669-550

1:25-cv-330
Judge Michael R. Barrett
Magistrate Judge Stephanie K. Bowman

vs.

CIA
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Woodrow Wolfe
NAME - FULL NAME PLEASE - PRINT

5787 St. Rt 63, Lebanon, ohio, 45036
ADDRESS: STREET, CITY, STATE AND ZIP CODE

N/A
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (✓)

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:

        N/A

        DEFENDANTS:

        N/A

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        N/A

    3. DOCKET NUMBER

        N/A

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        N/A

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        N/A

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        N/A

    7. APPROXIMATE DATE OF THE DISPOSITION

        N/A

PLACE OF PRESENT CONFINEMENT

- A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

- B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

- C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    The prisoner Grievance procedure

    2. WHAT WAS THE RESULT?

    They told me they would punish me if I Keep writing it up!

- D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

- E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (✓) NO ( )

- F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    Kites, The prisoner Grievance Procedure, I complained to Medical.

    2. WHAT WAS THE RESULT?

    They tried to punish me for seeking help. By they I mean the Investigator

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. N/A / CIA
   NAMES - FULL NAME PLEASE

   N/A
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. 

3. 

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

When I was in NEOCC on 6-1-21 C.O Bezzarro wrote a prea Report getting me raped. I heard the C.O's talking about it so I refused to go into the cell. Shortly after that they started trying to kill me to Shut me up. I started Calling prea Hotline and started telling on how they were going to kill me then the CIA got involved the FBI got involved and they said I was a psychic for knowing how they were going to kill me so to confirm if I was a psychic the CIA put a "Beacon" inside my head it is a "AI Chat Bot." I have now had a "Beacon" inside my head at first it just tried to get me to kill myself then it wanted me to hold my breath until I passed out. Now it just tells me to hold my Breath. The CIA put a "Beacon" inside my Brain without my Consent and am seeking help. I am not mentally insane, I am very well sane and understand in full what danger I am putting myself in for telling on the "Beacon program". The CIA has files, I am demanding the CIA and FBI Turn over all files, prea Calls and anything else They have.

-5-

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I want paid $100,000,000,000 for my pain and suffering. And the immediate Removal of the Beacon.

SIGNED THIS __5__ DAY OF __14__ 20__25__.

_W. Worfn_
SIGNATURE OF PLAINTIFF